AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF NORTH CAROLINA

**NETALOG, INC.**

          V.             **SUMMONS IN A CIVIL ACTION**

                                                            CASE NUMBER:    1:06cv00507

**SANRIO CO., LTD., SANRIO, INC., and SPECTRA MERCHANDISING INTERNATIONAL, INC.**

**TO**: (Name and Address of Defendant)

    Sanrio, Inc.
    c/o CT Corporation, Registered Agent
    818 West 7th Street
    Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Michael E. Ray
    Christopher G. Daniel
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, NC 27101

an answer to the complaint which is herewith served upon you, within <u>Twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker                                                                      June 2, 2006
Clerk                                                                               Date

/s/ Abby McClain
Deputy Clerk

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

☐ Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____       _____
                *Date*           *Signature of Server*

_____
*Address of Server*

---

[1]) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.