IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NETALOG, INC., </br></br>     Plaintiff, </br></br> v. </br></br> SANRIO CO., LTD., SANRIO, INC., </br> and SPECTRA MERCHANDISING </br> INTERNATIONAL, INC., </br></br>     Defendant. | ) </br> ) </br> ) </br> ) Civil Action No. 1:06-CV-00507 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Plaintiff Netalog, Inc. d/b/a Digital Lifestyle Outfitters ("Netalog") and defendants Sanrio, Inc. and Spectra Merchandising International, Inc. ("Defendants"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 6.1(a) and 77.2, hereby jointly move for an extension of the deadline from October 19, 2006, to November 17, 2006, for Defendants to answer, move or otherwise respond to the Complaint.

Good cause exists for granting the parties' motion based on the following:

1. This motion is timely as it is made before the expiration of the period for Defendants to answer or otherwise respond to the Complaint (October 19, 2006).

2. The parties are requesting the extension of time in order to allow them time to discuss possible avenues to resolve the litigation.

3. This is the first extension of time sought from the Court for Defendants to respond to the Complaint. Because the request is for a time period of not more than 30 days, the Clerk of Court is authorized to grant the accompanying Order pursuant to Local Rule 77.2.

Respectfully submitted this the 12th day of October, 2006.

    /s/ Christopher G. Daniel
Michael E. Ray (NC Bar No. 8480)
Christopher G. Daniel (NC Bar No. 23955)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660

*Attorneys for Plaintiff, Netalog, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is an attorney for plaintiff and is a person of such age and discretion as to be competent to serve process.

That on October 12, 2006, he caused to be served a copy of the foregoing **Joint Motion to Extend Time to Respond to the Complaint** and **Order** by placing said copies in a postpaid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

ADDRESSEE(ES):

Noel M. Cook
Owen, Wickersham & Erickson, P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
*Counsel for Defendants*
*Sanrio, Inc. and Spectra*
*Merchandising International, Inc.*

                                              /s/ Christopher G. Daniel
                                                 Christopher G. Daniel