IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:06CV00507

| | |
|---|---|
| NETALOG, INC., ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING** |
| ) | **EXTENSION OF TIME** |
| v. ) | **TO RESPOND TO COMPLAINT** |
| ) | |
| SANRIO CO., LTD., SANRIO, INC., ) | |
| and SPECTRA MERCHANDISING ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

Having considered the parties' Joint Motion to Extend Time To Respond To The Complaint, **IT IS HEREBY ORDERED**, for good cause shown, that the motion is granted. It is **ORDERED** as follows:

Defendants Sanrio, Inc. and Spectra Merchandising International, Inc. shall have an extension of time to and including November 17, 2006, to answer, move or otherwise respond to the Complaint in this action.

This the ___ day of October, 2006.

_____
Clerk, United States District Court