AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court
### MIDDLE DISTRICT OF NORTH CAROLINA

**SUMMONS IN A CIVIL ACTION**

**NETALOG, INC.**

V.  CASE NUMBER: 1:06cv00507

**SANRIO CO., LTD., SANRIO, INC., and SPECTRA MERCHANDISING INTERNATIONAL, INC.**

TO: (Name and Address of Defendant)

Sanrio, Inc.
c/o CT Corporation, Registered Agent
818 West 7th Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael E. Ray
Christopher G. Daniel
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101

an answer to the complaint which is herewith served upon you, within <u>Twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

/s/ Abby McClain
Deputy Clerk

June 2, 2006
Date

| Attorney or Party without Attorney: Law Offices Of: Womble Carlyle Sandridge & Rice<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM, NC 27101 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 336 721-3625  FAX No: 336 733-8416 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Middle District Of North Carolina | | | | |
| Plaintiff: NETALOG, INC. | | | | |
| Defendant: SANRIO, et al. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:06cv00507 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE.

3. a. Party served:      SANRIO, INC.-C/O CT CORPORATION, REGISTERED AGENT
   b. Person served:     GEVO GUKASYAN-PROCESS SPECIALIST

4. Address where the party was served:   818 WEST 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 29, 2006 (2) at: 1:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SANRIO, INC.-C/O CT CORPORATION, REGISTERED AGENT
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**            Fee for Service:    $95.00
   a. HAKOP JACK DEMIRCHYAN
   b. COUNTRYWIDE PROCESS, LLC
      6211 VAN NUYS BLVD., SUITE A
      VAN NUYS, CA 91401
   c. (818) 988-9123, FAX (818) 988-9122

8. I declare under penalty of perjury under the laws of the State of North Carolina and under the laws of the United State America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE                     (HAKOP JACK DEMIRCHYAN)
SUMMONS IN A CIVIL                                          200628564.womric.29114