AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court
### MIDDLE DISTRICT OF NORTH CAROLINA

**SUMMONS IN A CIVIL ACTION**

**NETALOG, INC.**

V.   CASE NUMBER:   1:06cv00507

**SANRIO CO., LTD., SANRIO, INC., and SPECTRA MERCHANDISING INTERNATIONAL, INC.**

TO: (Name and Address of Defendant)

Spectra Merchandising International, Inc.
c/o Patricia A. Schoenberg, Registered Agent
4230 North Normandy Avenue
Chicago, Illinois 60634

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael E. Ray
Christopher G. Daniel
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101

an answer to the complaint which is herewith served upon you, within <u>Twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



John S. Brubaker
Clerk

June 2, 2006
Date

/s/ Abby McClain
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:06CV00507
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( X ) Summons & Complaint
- (   ) Citation to Discover Assets
- (   ) Rule to Show Cause
- (   ) Subpoena
- (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Spectra Merchandising International, Inc., c/o Patricia A Schoenberg** by leaving a copy with **Davy Cheung, VP of Finance and Authorized Person**, on **September 27, 2006**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**          RACE: **Asian**          APPROXIMATE AGE: **50-60**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **4230 N Normandy Ave., Chicago, IL 60634**
TIME OF DAY: **4:40 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **29**th day of **September 2006**.

_____
Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
KELLY L DENT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/09