## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

_____
                                          )
NETALOG, INC.,                            )
                                          )
                    Plaintiff,            )          Civil Action No.  1:06-CV-00507
                                          )
                                          )
                                          )          **NOTICE OF DISMISSAL**
SANRIO CO., LTD., SANRIO, INC.,           )
and SPECTRA MERCHANDISING                 )
INTERNATIONAL, INC.,                      )
                                          )
                    Defendant.            )
_____)


   NOW COMES plaintiff Netalog, Inc. through counsel, pursuant to Rule 41(a) of the

Federal Rules of Civil Procedure, and hereby dismisses the Complaint in the referenced matter.

   Respectfully submitted this the 15th day of March, 2007.



                              ___/s/ Michael E. Ray_____
                              Michael E. Ray (NC Bar No. 8480)
                              WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                              One West Fourth Street
                              Winston-Salem, North Carolina  27101
                              Telephone:     (336) 721-3648
                              Facsimile:     (336) 733-8312
                              mray@wcsr.com

                              _Attorney for Plaintiff, Netalog, Inc._

Dockets.Justia.co

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is an attorney for plaintiff and is a person of such age and discretion as to be competent to serve process.

That on March 15, 2007, he caused to be served a copy of the foregoing **NOTICE OF DISMISSAL** by placing said copies in a postpaid envelope and addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

ADDRESSEE(ES):

Noel M. Cook
Owen, Wickersham & Erickson, P.C.
455 Market Street, 19th Floor
San Francisco, California 94105

Marino Andriani
Marino Andriani, LLC
Special Products
6 Willow Hill
Upper Saddle River, NJ 07458

\_\_/s/ Michael E. Ray_____
Michael E. Ray (NC Bar No. 8480)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina  27101
Telephone:     (336) 721-3648
Facsimile:     (336) 733-8312
mray@wcsr.com